# United States Court of Appeals for the Fifth Circuit

No. 25-50444

United States Court of Appeals
Fifth Circuit

**FILED**

May 19, 2026

Lyle W. Cayce
Clerk

STEPHAN A. RICKS,

*Plaintiff—Appellant*,

*versus*

DMA COMPANIES; DIANA MCIVER; ROXANNE MARROQUIN; NICHOLE GUPTILL,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-773

_____

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.
PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.